IN THE UNITED DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

OKESHA MOORE,      PLAINTIFF

VS.      CAUSE NO.: 3:20-cv-161-MPM-JMV

COMMISSIONER OF SOCIAL SECURITY      DEFENDANT

## ORDER ON MOTION FOR ATTORNEY FEES

Before the Court is Plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d). In these proceedings Plaintiff sought judicial review of the Social Security Commissioner's final decision denying a claim for benefits. This Court remanded this case to the Commissioner for further proceedings.

For good cause shown, the Court finds Plaintiff's counsel is entitled to an award of fees; the amount of fees is reasonable; and no special circumstances would make this award unjust. Therefore, $7,653.92 in EAJA fees (which is a rate that is unopposed by the Commissioner (Doc #35, Page 1)) should be made payable to Plaintiff and mailed to Plaintiff's attorney at P.O. Drawer 280, Charleston, MS, 38921.

**THEREFORE, IT IS ORDERED:**

That the Acting Commissioner shall promptly pay to Plaintiff $7,653.92 in EAJA fees for the benefit of counsel and mail the fee to Plaintiff's counsel at P.O. Drawer 280, Charleston, MS, 38921.

SO ORDERED AND ADJUDGED, this the 9th day of May, 2022.

U.S. DISTRICT JUDGE